Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**: American Green Technology Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or doing business as names.

AGT
American Green Technology™

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

2 7 - 0 2 4 6 4 2 4
EIN

**5. Debtor's address**

Principal place of business:

52129 St. Rt. 933
Number  Street

South Bend   Indiana  46637
City         State   ZIP Code

St. Joseph County
County

Mailing address, if different
Registered Agent Charles M. Weiser

5718 Darnell Street
Number  Street

P.O. Box

Houston    Tx   77096
City       State  ZIP Code

Location of principal assets, if different from principal place of business

1300 Industrial Park Drive
Number  Street

Leonard Pharr Industrial Park

Clarksdale    MS  38614
City          State  ZIP Code

Debtor  Amercian Green Technology, Inc.　　　　　　　　　　Case number (if known) _____

6. Debtor's website (URL)　　www.americangreentechnology.com

7. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed ___/___/____ Case number, if known _____
     
     Debtor _____ Relationship _____
     District _____ Date filed ___/___/____ Case number, if known _____

**Part 3:  Report About the Case**

10. Venue

    Check one:
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    
    *At least one box must be checked:*
    
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: American Green Technology, Inc.

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| AirGuide Mfg MS, LLC | lease - rent, utilities | $ 269,401.88 + int./fees |
| Lai Family Investments, Inc. | note | $ 125,000 + int./fees |
| Dave Peterson | note | $ 100,000 + int./fees |
| | Total of petitioners' claims over | $ $494,401.88 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
AirGuide Mfg MS, LLC

795 794 W 20th Street

Hialeah, FL 33010

Name and mailing address of petitioner's representative, if any
Doug Marty

c/o AirGuide Mfg MS, LLC, 794 W 20th Street

Hialeah, FL 33010

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/__/2018

X /s/ signature

**Attorneys**

Deirdre Carey Brown

Hoover Slovacek LLP

5051 Westheimer Suite 1200

Houston, Texas 77056

Contact phone: 713-977-8686  Email: brown@hooverslovacek.com

Bar number: 24049116

State: Texas

X /s/ Deirdre Carey Brown

Date signed: 08/__/2018

Debtor  American Green Technology, Inc.  
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Lai Family Investments, Inc.  
Name

2406 Delmonte Drive  
Number   Street

Houston | TX | 77019  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rocky Lai  
Name

2406 Delmonte Drive  
Number   Street

Houston | TX | 77019  
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/  /18  
MM / DD / YYYY

✘ _____  
Signature of petitioner or representative, including representative's title

Deirdre Carey Brown  
Printed name

Hoover Slovacek LLP  
Firm name, if any

5051 Westheimer Suite 1200  
Number   Street

Houston | Texas | 77056  
City | State | ZIP Code

Contact phone  713-977-8686   Email brown@hooverslovacek.com

Bar number  24049116

State  Texas

✘ /s/ Deirdre Carey Brown  
Signature of attorney

Date signed  08/  /18  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Dave Peterson  
Name

_____  
Number   Street

_____  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Same as above  
Name

_____  
Number   Street

_____  
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/  /18  
MM / DD / YYYY

✘ _____  
Signature of petitioner or representative, including representative's title

Deirdre Carey Brown  
Printed name

Hoover Slovacek LLP  
Firm name, if any

5051 Westheimer Suite 1200  
Number   Street

Houston | Texas | 77546  
City | State | ZIP Code

Contact phone  713-977-8686   Email brown@hooverslovacek.com

Bar number  24049116

State  Texas

✘ /s/ Deirdre Carey Brown  
Signature of attorney

Date signed  08/  /18  
MM / DD / YYYY

Debtor: American Green Technology, Inc.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Lai Family Investments, Inc.
Number Street: 2406 Delmonte Drive
City: Houston  State: TX  ZIP Code: 77019

**Name and mailing address of petitioner's representative, if any**

Name: Rocky Lai
Number Street: 2406 Delmonte Drive
City: Houston  State: TX  ZIP Code: 77019

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/18 (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: Deirdre Carey Brown
Firm name: Hoover Slovacek LLP
Number Street: 5051 Westheimer Suite 1200
City: Houston  State: Texas  ZIP Code: 77056
Contact phone: 713-977-8686  Email: brown@hooverslovacek.com
Bar number: 24049116
State: Texas

X /s/ Deirdre Carey Brown
Signature of attorney
Date signed: 08/28/18 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Dave Peterson
Number Street: 11721 Hunters Green Trail
City: Austin  State: TX  ZIP Code: 78732

**Name and mailing address of petitioner's representative, if any**

Same as above ✓

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/28/18 (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: Deirdre Carey Brown
Firm name: Hoover Slovacek LLP
Number Street: 5051 Westheimer Suite 1200
City: Houston  State: Texas  ZIP Code: 77546
Contact phone: 713-977-8686  Email: brown@hooverslovacek.com
Bar number: 24049116
State: Texas

X /s/ Deirdre Carey Brown
Signature of attorney
Date signed: 08/28/18 (MM/DD/YYYY)

---

Official Form 205   Involuntary Petition Against a Non-Individual   page 4