B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Southern District Of Texas

In re American Green Technology Inc., )   Case No. 18-34728
Debtor* )
) Chapter 11
)
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on August 28, 2018 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
United States District Courthouse
515 Rusk St.
Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Hoover Slovacek, LLP
Deirdre Carey Brown
Galleria Tower II, 5051 Westheimer, Suite 1200
Houston, TX 77056

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

DAVID J. BRADLEY (Clerk of the Bankruptcy Court)

Date: AUG 3 0 2018   By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr...)

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, _Belle A. Doucet_ (name), certify that on _8/30/2018_ (date), I served this summons and a copy of the involuntary petition on _American Green Technology, I_ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]:

> American Green Technology Inc.
> Registered Agent Charles M. Weiser
> 5718 Darnell Street
> Houston, Texas 77096

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _8/30/18_    Signature _Belle A. Doucet_

Print Name:    _Belle A. Doucet_

Business Address:
> Hoover Slovacek LLP
> Galleria Tower II
> 5051 Westheimer, Suite 1200
> Houston, Texas 77056

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: American Green Technology Inc.

3. **Other names you know the debtor has used in the last 8 years**

   AGT
   American Green Technology™

   Include any assumed names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 7 - 0 2 4 6 4 2 4
   EIN

5. **Debtor's address**

   **Principal place of business**

   52129 St. Rt. 933
   Number    Street

   South Bend     Indiana  46637
   City           State    ZIP Code

   St. Joseph County
   County

   **Mailing address, if different**
   Registered Agent Charles M. Weiser

   5716 Darnell Street
   Number    Street

   P.O. Box

   Houston        Tx    77096
   City           State ZIP Code

   **Location of principal assets, if different from principal place of business**

   1300 Industrial Park Drive
   Number    Street

   Leonard Pharr Industrial Park

   Clarksdale     MS    38614
   City           State ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Amercian Green Technology, Inc.                           Case number (if known)_____

**6. Debtor's website (URL)**   www.americangreentechnology.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor_____ Relationship_____
  District_____ Date filed _____ Case number, if known_____
  MM / DD / YYYY

  Debtor_____ Relationship_____
  District_____ Date filed _____ Case number, if known_____
  MM / DD / YYYY

**Part 3:  Report About the Case**

**10. Venue**

Check one:
- ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  American Green Technology, Inc.

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| AirGuide Mfg MS, LLC | lease - rent, utilities | $ 269,401.88 + int./fees |
| Lai Family Investments, Inc. | note | $ 125,000 + int./fees |
| Dave Peterson | note | $ 100,000 + int./fees |
| | Total of petitioners' claims over | $ $494,401.88 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
AirGuide Mfg MS, LLC
Name
195 794 W 20th Street
Number  Street
Hialeah   FL   33010
City    State   ZIP Code

Name and mailing address of petitioner's representative, if any
Doug Marty
Name
c/o AirGuide Mfg MS, LLC   794 W 20th Street
Number   Street
Hialeah   FL   33010
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2018
            MM / DD / YYYY

X _____signature_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Deirdre Carey Brown
Printed name

Hoover Slovacek LLP
Firm name, if any

5051 Westheimer  Suite 1200
Number  Street
Houston    Texas   77056
City    State   ZIP Code

Contact phone  713-977-8686   Email  brown@hooverslovacek.com

Bar number  24049116

State  Texas

X /s/ Deirdre Carey Brown
Signature of attorney

Date signed  08/30/2018
            MM / DD / YYYY

Debtor: American Green Technology, Inc.
Name

Case number (if known): _____

**Name and mailing address of petitioner**
Lai Family Investments, Inc.
Name

2406 Delmonte Drive
Number  Street

Houston                TX          77019
City                   State       ZIP Code

**Name and mailing address of petitioner's representative, if any**
Rocky Lai
Name

2406 Delmonte Drive
Number  Street

Houston                TX          77019
City                   State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/__/18
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Deirdre Carey Brown
Printed name

Hoover Slovacek LLP
Firm name, if any

5051 Westheimer Suite 1200
Number  Street

Houston                Texas        77056
City                   State        ZIP Code

Contact phone: 713-977-8686    Email: brown@hooverslovacek.com

Bar number: 24049116

State: Texas

X /s/ Deirdre Carey Brown
Signature of attorney

Date signed: 08/__/18
             MM / DD / YYYY

---

**Name and mailing address of petitioner**
Dave Peterson
Name

_____
Number  Street

_____
City                   State       ZIP Code

**Name and mailing address of petitioner's representative, if any**
Same as above
Name

_____
Number  Street

_____
City                   State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/__/18
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Deirdre Carey Brown
Printed name

Hoover Slovacek LLP
Firm name, if any

5051 Westheimer Suite 1200
Number  Street

Houston                Texas        77546
City                   State        ZIP Code

Contact phone: 713-977-8686    Email: brown@hooverslovacek.com

Bar number: 24049116

State: Texas

X /s/ Deirdre Carey Brown
Signature of attorney

Date signed: 08/__/18
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor: American Green Technology, Inc.

Case number (if known): _____

### Name and mailing address of petitioner

**Name:** Lai Family Investments, Inc.
**Number Street:** 2406 Delmonte Drive
**City:** Houston **State:** TX **ZIP Code:** 77019

### Name and mailing address of petitioner's representative, if any

**Name:** Rocky Lai
**Number Street:** 2406 Delmonte Drive
**City:** Houston **State:** TX **ZIP Code:** 77019

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/18 (MM/DD/YYYY)

X _____ Signature of petitioner or representative, including representative's title

---

**Printed name:** Deirdre Carey Brown
**Firm name, if any:** Hoover Slovacek LLP
**Number Street:** 5051 Westheimer Suite 1200
**City:** Houston **State:** Texas **ZIP Code:** 77056
**Contact phone:** 713-977-8686 **Email:** brown@hooverslovacek.com
**Bar number:** 24049116
**State:** Texas

X /s/ Deirdre Carey Brown
Signature of attorney
Date signed: 08/28/18

---

### Name and mailing address of petitioner

**Name:** Dave Peterson
**Number Street:** 11721 Hunters Green Trail
**City:** Austin **State:** TX **ZIP Code:** 78732

### Name and mailing address of petitioner's representative, if any

Same as above ✓

**Name:** _____
**Number Street:** _____
**City:** _____ **State:** _____ **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/18 (MM/DD/YYYY)

X _____ [signature]
Signature of petitioner or representative, including representative's title

---

**Printed name:** Deirdre Carey Brown
**Firm name, if any:** Hoover Slovacek LLP
**Number Street:** 5051 Westheimer Suite 1200
**City:** Houston **State:** Texas **ZIP Code:** 77548
**Contact phone:** 713-977-8686 **Email:** brown@hooverslovacek.com
**Bar number:** 24049116
**State:** Texas

X /s/ Deirdre Carey Brown
Signature of attorney
Date signed: 08/28/18

---

Official Form 205  Involuntary Petition Against a Non-Individual  page 4