IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN GREEN TECHNOLOGY INC.,<br><br>Alleged Debtor. | § § § § § § § § § <br>Case No. 18-34728<br><br>Chapter 11 |

## NOTICE OF RESCHEDULED HEARING
[Relates to Dkt. No. 7]

Please take notice that a hearing has been set on the *Involuntary Petition* [Doc. No. 7] filed by AirGuide Mfg MS, LLC, Lai Family Investments, Inc., and Dave Peterson (the "Petitioning Creditors"). The hearing will take place on **Tuesday, October 2, 2018 at 11:00 a.m.** before the Honorable David R. Jones, at the United States Bankruptcy Court, Southern District of Texas, Houston Division, 515 Rusk, Courtroom 400, Houston, Texas 77002.

DATED: September 25, 2018

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ Deirdre Carey Brown*
Deirdre Carey Brown
State Bar No. 24049116
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 735-5395
brown@hooverslovacek.com

**ATTORNEY FOR PETITIONING CREDITORS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, a true and correct copy of the foregoing *Notice of Rescheduled Hearing* was served upon parties registered to receive service by ECF and by U.S. First Class Mail or Email to the parties listed below.

**VIA ECF**
US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

**U.S. FIRST CLASS MAIL**
American Green Technology, Inc.
c/o Registered Agent Charles M. Weiser
5718 Darnell Street
Houston, Texas 77096

American Green Technology Inc.
52129 St. Rt. 933
South Bend, Indiana 46637

American Green Technology Inc.
Leonard Pharr Industrial Park
1300 Industrial Park Drive
Clarksdale, Mississippi 38614

Robert S. McClaren
McClaren Advance LP.
1401 McKinney St., Suite 2222
Houston, Texas 77010

**VIA EMAIL**
Ushio c/o John Sparacino – jjsparacino@vorys.com

Matthew Hoffman – matthew@mhsawlaw.com

American Green Technology Inc.
c/o Charles Weiser – cweiser@agtus.org

Danny Bogar – danny@agtus.org

Christine March – Christine.A.March@usdoj.gov

      */s/ Deirdre Carey Brown*
      Deirdre Carey Brown