IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN GREEN TECHNOLOGY | § | Case No.  18-34728-H4-11 |
| INC.,[1] | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

### NOTICE OF NON-CONSENT TO UNAUTHORIZED USE OF CASH COLLATERAL OR DISPOSITION OF COLLATERAL

**PLEASE TAKE NOTICE THAT** Moriah Infection Solutions, LLC ("Moriah"), the holder of secured claims against American Green Technology Inc. (the "Debtor"), does not consent to the Debtor's use of Moriah's Cash Collateral,[2] or to the disposition of any of Moriah's collateral held by the estate, absent an order from this Court, and/or pursuant to a budget approved by Moriah and a written and signed agreement between Moriah and the Debtor.

**PLEASE TAKE FURTHER NOTICE THAT**, prior to August 28, 2018, the date on which an involuntary petition for relief was filed against the Debtor under chapter 11 of the Bankruptcy Code (the "Petition Date"), Moriah extended certain financial accommodations to the Debtor pursuant to certain loan documents (the "Loan Documents").[3]  Moriah is the current owner and holder of the beneficial interests in and under the Loan Documents and the indebtedness due and owing thereunder.

**PLEASE TAKE FURTHER NOTICE THAT**, as of the Petition Date, Moriah had claims against the Debtor pursuant to the Loan Documents and secured by, among other things,

---

[1] EIN: xx-xxx6424

[2] As defined in Section 363(a) of the Bankruptcy Code.  All references to the "Bankruptcy Code" appearing herein shall mean Title 11 of the U.S. Code.  All references to the "Bankruptcy Rules" appearing herein shall mean the Federal Rules of Bankruptcy Procedure.

[3] On October 2, 2018, this Court entered the *Order for Relief in an Involuntary Case* [Docket No. 17], granting the relief sought in the involuntary petition filed against the Debtor.

first priority, valid and perfected liens and security interests (collectively, "Moriah's Liens") in and on, without limitation, the Debtor's: (a) fixtures; (b) personal property; and, (c) any pre- or post-petition proceeds generated from the Debtor's personal property and any rights appurtenant thereto, pursuant to, without limitation, Section 552(b) of the Bankruptcy Code, including Cash Collateral (collectively, the "Collateral").

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtor has not filed a motion seeking permission, and has not obtained permission from either Moriah or this Court, to use Cash Collateral pursuant to Section 363(c)(2) of the Bankruptcy Code or Bankruptcy Rule 4001(b)(1).  Until Moriah's secured claims under the Loan Documents have been fully satisfied, the Debtor's use of Moriah's Cash Collateral is prohibited absent an order from this Court or Moriah's consent.  Because the Debtor has not received authorization from this Court to incur post-petition financing or to use Cash Collateral, Moriah believes that its Cash Collateral: (a) is being used and/or disposed of without its permission; and, (b) is in danger of diminution.  Moriah reserves all rights under the Bankruptcy Code, the Bankruptcy Rules, the Loan Documents, and applicable law with respect to adequate protection for any unauthorized post-petition use or disposition of Collateral or Cash Collateral by the Debtor, as well as for any resulting diminution in value of Moriah's Collateral and/or Cash Collateral to date, and a full accounting of the same.

**DATED: November 27, 2018**

[*Remainder of this page intentionally left blank*]

Respectfully submitted,

**WINSTEAD PC**
600 Travis Street
Suite 5200
Houston, Texas 77002
Telephone: (713) 650-8400
Facsimile: (713) 650-2400

By: */s/ Sean B. Davis*
    Sean B. Davis
    Texas Bar No. 24069583
    S.D. Tex. No. 1048341
    Devin B. Hahn
    Texas Bar No. 24104047
    S.D. Tex. No. 291718

**ATTORNEYS FOR MORIAH INFECTION SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2018, a true and correct copy of the foregoing Notice was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

    */s/ Sean B. Davis*
        One of Counsel