IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> AMERICAN GREEN TECHNOLOGY INC., § <br> § <br> § <br> DEBTOR. § <br> § | Case No. 18-34728-H4-11 <br> Chapter 11 |

## SUPPLEMENT TO USHIO AMERICA, INC.'S EMERGENCY MOTION TO QUASH

On December 11, 2018, Ushio America, Inc. ("Ushio") filed Ushio America's Emergency Motion to Quash The Subpoena Duces Tecum of Airguide MFG MS, LLC and Dave Peterson and Request for Sanctions (the "Motion") [Docket No. 29]. Ushio now files this Supplement to the Motion solely to include a true and correct copy of the Subpoena (as defined in the Motion) and the Subpoena's original transmittal email, attached hereto as Exhibit 1. The Subpoena was also filed by the Requestors with the Court as Docket No. 28 on December 5, 2018.

**Dated December 12, 2018**          Respectfully submitted,

/s/ John J. Sparacino
John J. Sparacino
Texas State Bar Number 18873700
Vorys, Sater, Seymour and Pease LLP
700 Louisiana Street, Suite 4100
Houston, TX 77022
Tel:     713.588.7038
Fax:    713.588.7080
Email:  JJSparacino@Vorys.com

Attorney for Ushio America, Inc.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on December 12, 2018.

/s/ John J. Sparacino
John J. Sparacino