IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § § <br> AMERICAN GREEN TECHNOLOGY § <br> INC., § § § <br> Debtor. § § | Case No. 18-34728 <br> Chapter 11 <br><br> HEARING: December 18, 2018 @ 11:00 a.m. <br> Status Conference (Doc. No. 25) |

## EXHIBIT AND MAY CALL WITNESS LIST

Airguide MFG MS, LLC and Dave Peterson ("Creditors"), submit the following Exhibit and May Call Witness List.

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Involuntary Bankruptcy Petition [Doc. No. 1] | | | | |
| 2. | Order Setting Status Conference [Doc. No. 25] | | | | |
| 3. | Board Minutes from August 2017 | | | | |
| 4. | Board Minutes from October 3, 2018 | | | | |
| 5. | Vidashield pushpiece | | | | |
| 6. | Patent Sale and Transfer Agreement | | | | |
| 7. | Subscription Agreement | | | | |
| 8. | Intellectual Property Security Agreement | | | | |
| 9. | Amended and Restated Bylaws from Ushio Closing | | | | |
| 10. | 2017.03.15 – Term Loan Agreement | | | | |
| 11. | Claims Registry | | | | |
| 12. | Motion to Appoint Chapter 11 Trustee (to be supplemented) | | | | |
| 13. | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 14. | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses | | | | |
| 15. | Any additional exhibits used for demonstrative purposes only | | | | |

Creditors incorporate in the Exhibit List the pleadings and other papers filed in these bankruptcy cases, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201. Creditors further reserve the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony. Creditors reserve the right to supplement this Exhibit List.

## MAY CALL WITNESS LIST

1. Danny Bogar
2. Jay Comeaux
3. Doug Marty
4. Dave Peterson
5. Any Ushio America, LLC representative present
6. Any creditor present
7. Any Debtor representative present
8. Any witness called by another party
9. Any witness necessary for rebuttal or impeachment.

DATED: December 14, 2018

        Respectfully submitted,
        HOOVER SLOVACEK LLP

        By: */s/ Deirdre Carey Brown*
        Deirdre Carey Brown
        State Bar No. 24049116
        brown@hooverslovacek.com
        5051 Westheimer, Suite 1200
        Houston, Texas 77056
        Telephone: 713.977.8686
        Facsimile:  713.977.5395
        *Counsel to the Petitioning Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, a copy of the foregoing *Exhibit and May Call Witness List* was served upon parties registered to receive service by ECF and by U.S. First Class Mail or Email to the parties listed below.

### VIA CM/ECF FILING

Karl Daniel Burrer on behalf of Creditor Premium Assignment Corporation
burrerk@gtlaw.com, jamrokg@gtlaw.com, parkinsl@gtlaw.com

John James Sparacino on behalf of Creditor Ushio America, Inc.
jjsparacino@vorys.com, kbconiglio@vorys.com, mdwalkuski@vorys.com, tlpavlock@vorys.com

Sean B. Davis on behalf of Creditor Moriah Infection Solutions, LLC
sbdavis@winstead.com, mmingo@winstead.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

### VIA FIRST-CLASS MAIL and E-MAIL

American Green Technology, Inc.
c/o Registered Agent Charles M. Weiser
5718 Darnell Street
Houston, TX 77096
CWeiser@agtus.org

American Green Technology, Inc.
Attn: Danny Bogar, CEO
Corporate Headquarters
52129 State Route 933
South Bend, Indiana 46637
danny@agtus.org

W.W. Grainger, Inc.
401 South Wright Road W4E.C37
Janesville, WI 53546
Char.Walters@grainger.com

Accurate Metal Fabricating
Coface North America Insurance Company
650 College Road East, Suite 2005
Princeton, NJ 08540
amy.schmidt@coface.com

Light Sources, Inc.
Attn: Leisa Allen
37 Robinson Blvd.
Orange, CT 06477
lallen@light-sources.com

Brown & Joseph, Ltd.
c/o Don Leviton
P. O. Box 59838
Schaumburg, IL 60159
dleviton@brownandjoseph.com

Mississippi Department of Revenue
c/o Bankruptcy Section-Mississippi Department of Revenue
P. O. Box 22808
Jackson, MS 39225-2808
bankruptcy@dor.ms.gov

Microchem Laboratory, LLC
1304 West Industrial Blvd.
Round Rock, Texas 78681
gina@microchemlab.com

Dun & Bradstreet
c/o RMS (an iQor Company)
P. O. Box 361345
Columbus, OH 43236
Wendy.Messner@iqor.com

*/s/ Deirdre Carey Brown*
Deirdre Carey Brown