IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CASE NO. 18-34728-H4-11** § § § § | **DEBTOR:  AMERICAN GREEN TECHNOLOGY INC.**[1] **JUDGE:  JEFF BOHM** **Courtroom Deputy: JESUS GUAJARDO** |
| **WITNESSES:** § **Any authorized representative of the Debtor** § **Any fact or expert witness called by any other party** § **Any rebuttal or impeachment witness** § § § § § § | **PARTY'S NAME:  MORIAH INFECTION SOLUTIONS, LLC** **ATTY'S NAME:  SEAN B. DAVIS** **ATTY'S PHONE:  (713) 650-8400** **TEXAS BAR NO.:  24069583** **DATE: January 10, 2019 at 11:00 A.M.** **NATURE OF PROCEEDING: Status Conference** |

## MORIAH INFECTION SOLUTION'S EXHIBIT INDEX

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION | AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|
| | Any exhibits designated by any other parties-in-interest | | | | | | | |
| | Any pleadings, reports, exhibits, transcripts, Court orders, or other documents filed in the above-referenced bankruptcy case | | | | | | | |
| | Any impeachment or rebuttal exhibits | | | | | | | |

---

[1] EIN: xx-xxx6424

Moriah Infection Solutions, LLC ("Moriah") reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the January 10, 2019 hearing and/or in compliance with the Bankruptcy Local Rules and the Orders of this Court.  Moriah further reserves the right to provide any original, amended, or supplemented documents appearing in this Exhibit List to any opposing counsel, party in interest, and/or to this Court at the time of the January 10, 2019 hearing.

**DATED:  January 8, 2019**

Respectfully submitted,

**WINSTEAD PC**
600 Travis Street
Suite 5200
Houston, Texas 77002
Telephone:  (713) 650-8400
Facsimile:  (713) 650-2400

By: _____*/s/ Sean B. Davis*_____
Sean B. Davis
Texas Bar No. 24069583
S.D. Tex. No. 1048341

**ATTORNEYS FOR MORIAH INFECTION SOLUTIONS, LLC**

**Certificate of Service**

I hereby certify that on January 8, 2019, I caused to be served the foregoing document by electronic transmission to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Sean B. Davis*
One of Counsel