# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| AMERICAN GREEN TECHNOLOGY, INC. | § | Case No. 18-34728 |
|  | § |  |
| Debtor. | § | Jointly Administered |
|  | § |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by William R. Greendyke, the chapter 11 trustee (the "Trustee") for the above-captioned debtor (the "Debtor"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor, with the assistance of the Debtor's advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While reasonable efforts have been made to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, the Debtor's business is complex and inadvertent errors, inaccuracies, or omissions may have occurred and the Trustee or the Debtor's management may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. All claims are subject to further review and the failure to list a claim at present as unliquidated, contingent, disputed, or subject to setoff, does not mean that such designation may not change in the future.

The Schedules and Statements have been signed by Danny Bogar, the President and CEO of the Debtor as of the Petition Date (defined below). Accordingly, in reviewing and signing the Schedules and Statements, Mr. Bogar necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and advisors. Mr. Bogar has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the Schedules or Statements.

*1. Description of Cases.* On August 28, 2018 (the "Petition Date"), an involuntary petition for chapter 11 relief was filed under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). On October 2, 2018, the Bankruptcy Court entered its Order for Relief In an Involuntary Case (the "Order for Relief"), granting the involuntary petition. On December 20, 2018, this Court entered its Order Approving Appointment of Chapter 11 Trustee, appointing William R. Greendyke to serve as the chapter 11 trustee for the Debtor.

*2. "As Of" Information Date.* To the best of the Debtor's knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtor as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Trustee reserves all rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

*3. General Reservation of Rights.* Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Trustee reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (a) liability, or (b) amounts due or owed, if any, by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to this chapter 11 case, including issues involving Claims, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

*4. GAAP.* Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP") the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

**5. Confidential or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The alterations or redactions are limited only to what is necessary to protect the Debtor or the applicable third-party.

**6. Causes of Action.** Despite reasonable efforts to identify all known assets, all causes of action or potential causes of action of the Debtor against third-parties may not be listed as assets in the Schedules and Statements. The Trustee reserves all rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") the Debtor or Trustee may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**7. Recharacterization.** The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements. Nevertheless, the Debtor may not have accurately characterized, classified, categorized, or designated certain items. The Trustee therefore reserves the right to recharacterize, reclassify, re-categorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate.

**8. Liabilities.** The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Trustee reserves the right to amend the Schedules and Statements as he deems appropriate in this regard.

**9.Excluded Assets and Liabilities.** Certain categories of assets and liabilities have been excluded from the Schedules and Statements. The Debtor also has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist. In addition, certain immaterial or de minimis assets and liabilities may have been excluded.

**10. Property and Equipment.** Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an

admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Trustee reserves all rights with respect thereto.

*11. Inventory.* As referenced above, it would be prohibitively expensive, unduly burdensome, and time consuming to physically inspect all inventory held by the Debtor. Further, the last inventory information available to the Debtor was generated in the ordinary course of business on or about the date of the Order for Relief. Accordingly, to the extent inventory is disclosed, referenced, and/or described in the Schedules and Statements, such disclosures are based on information reasonably available to the Debtor as of early October, 2018.

*12. Estimates.* To prepare and file the Schedules and Statements in accordance with the requests of the U.S. Trustee, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Trustee reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

*13. Fiscal Year.* The Debtor's fiscal year ends on December 31.

*14. Currency.* All amounts are reflected in U.S. dollars.

*15. Executory Contracts.* Although diligent attempts have been made to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that more executory contracts than listed on Schedule G. The Trustee reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtor made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease. Furthermore, while the Debtor made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

*16. Leases.* Future obligations of any capital or operating leases have not been included in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

*17. Insiders.* The Debtor has attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider." An individual or entity is designated as an "insider" if such individual or entity, based on the totality of the circumstances, had at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiably dictate corporate policy and the disposition of corporate assets.

The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

*18. Totals.* All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

*19. Setoffs.* The Debtor may incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its customers or vendors and setoffs or netting permitted under common obligations of a single joint operating agreement. These offsets and other similar rights are consistent with the ordinary course of business and are not tracked separately. Therefore, although the impact of such offsets and other similar rights may have been accounted for when certain net amounts were included in the Schedules, offsets are not independently accounted for, and as such, are not included separately in the Debtor's Schedules and Statements.

*20. Credits and Adjustments.* The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Trustee reserve all rights respecting such credits, allowances, and other adjustments.

*21. Guaranties and Other Secondary Liability Claims.* Reasonable best efforts have been used to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in the Debtor's executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtor's leases and contracts, is ongoing.

*22.  Mechanics Liens.* The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialman's or other similar statutory liens. Such liens may apply, and the Trustee reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

*23. Global Notes Control.* In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtor's Schedules**

*1. Schedule A/B.* Real property is reported at book value, net of accumulated depreciation on buildings and improvements. Certain assets may be listed as real property when such assets are in fact personal property, or certain assets may be listed as personal property when such assets are in fact real property. The Trustee reserves all rights to re-categorize or recharacterize such asset holdings to the extent the Trustee determines that such holdings were listed incorrectly.

The failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Despite reasonable best efforts to identify all known assets, all of the Debtor's Causes of Action or potential Causes of Action against third parties may not be listed as assets in the Schedules and Statements. The Trustee reserve all rights with respect to any Causes of Action that the Debtor may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**2. Schedule D.** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Trustee reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although various creditor claims may be scheduled as secured claims, the Trustee reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**3. Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.** The listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Trustee reserves all rights to dispute the amount and the priority status of any claim on any basis at any time.

**4. Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.** Reasonable best efforts have been used to list all general unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records as of the date of the Order for Relief.

Certain creditors listed on Schedule E/F may owe amounts to the Debtor and, as such, the Debtor may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Trustee reserves all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtor for amounts listed on Schedule E/F. The Trustee reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtor's books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, Schedule E/F does not list a date for each listed claim.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Reasonable efforts have been made to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Trustee reserves the rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

**5.Schedule G.** Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The Trustee hereby reserves all rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Trustee reserves all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

**Fill in this information to identify the case:**

Debtor name _____ American Green Technology, Inc. _____

United States Bankruptcy Court for the: ____Southern____ District of __Texas__
(State)

Case number (If known): ____18-34728____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ 2,962

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ 16,459,003

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ 16,461,965

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................................. $ 1,123,105

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ 154,702.33

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ + $8,395,970.08

4. **Total liabilities**..........................................................................................
    Lines 2 + 3a + 3b                                                                            9,673,777.41
    $ _____

**Fill in this information to identify the case:**

Debtor name ___American Green Technology, Inc___

United States Bankruptcy Court for the: __Southern__ District of __TX__
(State)

Case number (If known): __18-34728__

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. Cash on hand ............................................................................................................... $_____0_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | 1st Source Bank 100 N. Michigan ST. | Checking | 7 1 5 7 | $___83.___ |
| 3.2. | 1st Source Bank, 100 N. Michigan St. | Checking | 7 3 3 0 | $___50.___ |
| 3.3 | Planters Bank  Clarksdale, MS | Checking | 1 5 9 1 | $___56.___ |

4. Other cash equivalents *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. Total of Part 1

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $____$189____

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   Current value of
   debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1. _____ $_____
   7.2 _____ $_____

Debtor   American Green Technology, Inc
         _____
         Name

Case number (if known)____18-34728_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.   Troy Smith   UV Water Service Prepayment _____   $_____5,000_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____5,000_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's
interest

**11. Accounts receivable**

11a. 90 days old or less:   ___15,210___   –   ___0___   = .......➔   $____15,210____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   ___144,671___   –   ___142,523___   = .......➔   $____2,148____
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $____17,358____

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**   N/A

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    <u>American Green Technology, Inc</u>        Case number (if known)   <u>18-34728</u>
         Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| EEL & LED Inventory | 12/01/2017 <br> MM / DD / YYYY | $ 943,969 | | $ 659,383 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| VS Inventory | 12/01/2017 <br> MM / DD / YYYY | 1,268,599 <br> $ | | 1,268,599 <br> $ |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,927,982

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor   American Green Technology, Inc
     Name

Case number (if known)   18-34728

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**     N/A
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:** | **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**     See Fixed Asset Excel
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | $ 130,608 | SL Depr | $ 58,774 |
| **40. Office fixtures** | | | |
| | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** computer, telephone, and related | $ 215,817 | SL Depr | $ 11,674 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$    70,448

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   American Green Technology, Inc          Case number (if known)   18-34728
         _____                           _____
         Name

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | Delivery Van | $ 1,812, | SL Depr | $ 0 |
| 47.2 | | $ | | $ |
| 47.3 | | $ | | $ |
| 47.4 | | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats,   N/A
    trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | | $ | | $ |
| 48.2 | | $ | | $ |

49. **Aircraft and accessories     N/A**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | Production & Testing Equipment | $ 189,670 | SL Depr | $ 86,625 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 86,625

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   <u>American Green Technology, Inc</u>                    Case number (if known)   <u>18-34728</u>
         Name

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**       lease only
  ☐  No. Go to Part 10.
  ☒  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1360 Industrial Park Dr. Clarksdale, MS | tenant | $ 3444 | SL Depr | $ 2962 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**                                                              $ |  2,962 |
  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐  No
  ☒  Yes
58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☒  No
  ☐  Yes

## Part 10:   Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
  ☐  No. Go to Part 11.
  ☒  Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>Vidashield Patents | $ 5,412,310 | | $ 5,412,310 |
| 61.  **Internet domain names and websites** | $ | | $ |
| 62.  **Licenses, franchises, and royalties**<br>Future Royalties ATS for HB50 sales | $ TBD | market | $ |
| 63.  **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64.  **Other intangibles, or intellectual property**<br>Certifications | $ 171,324 | cost | $ 98,660 |
| 65.  **Goodwill**<br>AGT Goodwill | $ 0 | | $ |

66.  **Total of Part 10.**                                                            $ |  5,510,970 |
  Add lines 60 through 65. Copy the total to line 89.

Debtor   American Green Technology, Inc
         _____
         Name

Case number (if known)   18-34728

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

_____   –   _____   = →   $ _____
_____   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| FEDERAL TAX NOL | Tax year 2012-15 | $ 4,451,968 |
| FEDERAL TAX NOL | Tax year 2016 | $ 4,388,463 |
| | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim   _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ _____
_____   $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ 8,840,431

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor _____American Green Technology, Inc_____     Case number (if known)___18-34728_____
                    Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 189 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,000 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 17,358 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,927,982 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 70,448 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 86,625 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................→ | | 2,962 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 5,510,970 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 8,840,431 | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 16,459,003 | + 91b. $ 2,962 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $ 16,461,965

10.2.18
American Green Technology, Inc
Case#18-34728

| Form 206 A/B: Line 39 detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Asset # (or y Property Description | Dt in serv | Depr Basis Book Cost | Sec 179 | 12.31.17 Book Value | 12.31.17 Prior Depr | 2018 Curr Annual Depr | 9.30.18 End Accum Dep | 9.30.18 Book Value | Depreciation Method | Period |
|---|---|---|---|---|---|---|---|---|---|---|
| **Furniture & Fixtures  Acct 15000** | | | | | | | | | | |
| **F&F South Bend-Admin** | | | | | | | | | | |
| Furniture & Equipment | 5/25/2012 | $1,244.45 | | $251.85 | $992.60 | $133.33 | $1,125.93 | $118.52 | S/L | 7 00 |
| Tradeshow Displays | 5/3/2012 | $7,741.92 | | $1,474.64 | $6,267.28 | $829.49 | $7,096.77 | $645.15 | S/L | 7 00 |
| Show Display | 5/3/2012 | $1,140.13 | | $217.15 | $922.98 | $122.16 | $1,045.14 | $94.99 | S/L | 7 00 |
| Furniture & Equip per list  SB | 9/15/2013 | $8,472.97 | | $3,227.79 | $5,245.18 | $907.82 | $6,153.00 | $2,319.97 | S/L | 7 00 |
| Skyline trade show display | 4/30/2016 | $32,822.68 | | $21,881.78 | $10,940.90 | $4,923.40 | $15,864.30 | $16,958.38 | S/L | 5 00 |
| Skyline trade show display | 6/1/2016 | $7,313.99 | | $4,997.89 | $2,316.10 | $1,097.10 | $3,413.20 | $3,900.79 | S/L | 5 00 |
| Skyline VS Light Display Trade Show Display | 10/16/2017 | $5,641.75 | | $5,077.57 | $564.18 | $846.26 | $1,410.44 | $4,231.31 | S/L | 5 00 |
| Road Cases  shipping case for VS units to trade shows | 11/27/2017 | $715.00 | | $516.39 | $198.61 | $178.75 | $377.36 | $337.64 | S/L | 3 00 |
| **Subtotal South Bend Admin F&F** | | **$65,092.89** | | **$37,645.06** | **$27,447.83** | **$9,038.31** | **$36,486.14** | **$28,606.75** | | |
| | | | | | | | | | | |
| **F&F Clarksdale -Admin  Acct 15030** | | | | | | | | | | |
| SW Phone- Clarksdale | 8/20/2013 | $885.00 | | $168.57 | $716.43 | $94.82 | $811.25 | $73.75 | S/L | 7 00 |
| Cooling Fans  Jetstream 2400  Clarksdale  (fastenal) | 7/14/2015 | $1,976.06 | | $1,270.32 | $705.74 | $211.72 | $917.46 | $1,058.60 | S/L | 7 00 |
| Wallace signs  clarksdale | 8/3/2015 | $1,382.44 | | $905.17 | $477.27 | $148.12 | $625.39 | $757.05 | S/L | 7 00 |
| Cooling Fans  Jetstream 2400  Clarksdale  (fastenal) | 8/29/2015 | $4,104.12 | | $2,736.07 | $1,368.05 | $439.73 | $1,807.78 | $2,296.34 | S/L | 7 00 |
| Cooling Fans  Jetstream 2400  Clarksdale  (fastenal) | 8/5/2015 | $4,104.12 | | $2,687.23 | $1,416.89 | $439.73 | $1,856.62 | $2,247.50 | S/L | 7 00 |
| **Subtotal Clarksdale Admin F&F** | | **$12,451.74** | | **$7,767.36** | **$4,684.38** | **$1,334.12** | **$6,018.50** | **$6,433.25** | | |
| | | | | | | | | | | |
| **F&F Clarksdale -Production  Acct 15020** | | | | | | | | | | |
| Shelving | 5/25/2012 | $5,910.10 | | $1,196.09 | $4,714.01 | $633.23 | $5,347.24 | $562.87 | S/L | 7 00 |
| Pallet Racks | 6/13/2012 | $3,286.32 | | $665.08 | $2,621.24 | $352.11 | $2,973.35 | $312.97 | S/L | 7 00 |
| Furn & equip per list- Clarksdale | 9/30/2013 | $21,287.90 | | $11,658.74 | $9,629.16 | $2,280.85 | $11,910.01 | $9,377.89 | S/L | 7 00 |
| WH shelving- Fastenal | 7/20/2015 | $14,057.99 | | $9,204.63 | $4,853.36 | $1,506.21 | $6,359.57 | $7,698.42 | S/L | 7 00 |
| Wire  Racks for Shelving | 6/30/2016 | $8,521.00 | | $6,695.07 | $1,825.93 | $912.96 | $2,738.89 | $5,782.11 | S/L | 7 00 |
| **Subtotal Clarksdale Production F&F** | | **$53,063.31** | | **$29,419.61** | **$23,643.70** | **$5,685.35** | **$29,329.05** | **$23,734.26** | | |
| | | | | | | | | | | |
| **Total Furniture & Equipment** | | **$130,607.94** | | **$74,832.03** | **$55,775.91** | **$16,057.78** | **$71,833.69** | **$58,774.25** | | |

**Fill in this information to identify the case:**

Debtor name __American Green Technology, Inc.__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): __18-34728__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
__Moriah Group__

Creditor's mailing address
__303 W. Wall St., Suite 2400__

__Midland, TX 79701__

Creditor's email address, if known
_____

Date debt was incurred __Unknown__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
   __Ushio America (second lien)__

Describe debtor's property that is subject to a lien
__All Assets of the Debtor__                    $__73,237__    $ __16,461,965__

Describe the lien   __1st Priority Lien__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
__Ushio Ameirca__

Creditor's mailing address
__5440 Cerritos Ave__

__Cypress, CA 90630__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

Describe debtor's property that is subject to a lien
__All Assets of the Debtor__                    $__1,049868__    $ __16,461,965__

Describe the lien  _____

Is the creditor an insider or related party?
☐ No
☒ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ __1,123,105__

American Green Technology, Inc.

Debtor _____

Name

Case number (if known) _____ 18-34728 _____

| | Column A | Column B |
|---|---|---|

**Part 1:** **Additional Page**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  American Green Technology, Inc.
        _____          Case number (if known) _____
             Name                                                                    18-34728

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | American Green Technology, Inc. |
| United States Bankruptcy Court for the: | Southern   District of Texas (State) |
| Case number (if known) | 18-34728 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
See Attached Schedule E

As of the petition filing date, the claim is: $ 154,702.33      $ 154,702.33
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____      $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____      $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

American Green Technology, Inc.

Debtor _____

Name

Case number (if known) _18-34728_____

---

| **Part 1.** | **Additional Page** |

---

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

2._  Priority creditor's name and mailing address                                    $_____     $_____

_____     **As of the petition filing date, the claim is:**
                                        *Check all that apply.*
_____      ☐ Contingent
                                         ☐ Unliquidated
_____      ☐ Disputed

Date or dates debt was incurred          **Basis for the claim:**

_____         _____

Last 4 digits of account                 **Is the claim subject to offset?**
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address                                    $_____     $_____

_____     **As of the petition filing date, the claim is:**
                                        *Check all that apply.*
_____      ☐ Contingent
                                         ☐ Unliquidated
_____      ☐ Disputed

Date or dates debt was incurred          **Basis for the claim:**

_____         _____

Last 4 digits of account                 **Is the claim subject to offset?**
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address                                    $_____     $_____

_____     **As of the petition filing date, the claim is:**
                                        *Check all that apply.*
_____      ☐ Contingent
                                         ☐ Unliquidated
_____      ☐ Disputed

Date or dates debt was incurred          **Basis for the claim:**

_____         _____

Last 4 digits of account                 **Is the claim subject to offset?**
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address                                    $_____     $_____

_____     **As of the petition filing date, the claim is:**
                                        *Check all that apply.*
_____      ☐ Contingent
                                         ☐ Unliquidated
_____      ☐ Disputed

Date or dates debt was incurred          **Basis for the claim:**

_____         _____

Last 4 digits of account                 **Is the claim subject to offset?**
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

American Green Technology, Inc.                                                          18-34728

Debtor _____                   Case number (if known)_____
         Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

                                             **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      8,395,970.08
       See Attahed Schedule F          *Check all that apply.*                 $_____
                                           ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

**3.2** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
                                           *Check all that apply.*                 $_____
                                             ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

**3.3** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
                                           *Check all that apply.*                 $_____
                                             ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

**3.4** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
                                           *Check all that apply.*                 $_____
                                             ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

**3.5** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
                                           *Check all that apply.*                 $_____
                                             ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

**3.6** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
                                           *Check all that apply.*                 $_____
                                             ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim: _____

    Date or dates debt was incurred    _____     **Is the claim subject to offset?**
    Last 4 digits of account number    __ __ __ __     ☐ No
                                             ☐ Yes

---

American Green Technology, Inc.

Debtor _____
                    Name

Case number (if known) _____18-34728_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

American Green Technology, Inc.

Debtor _____
Name

Case number *(if known)* _____18-34728_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |

American Green Technology, Inc.                                    18-34728

Debtor _____     Case number (if known)_____
              Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-----------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

4.__  _____

_____     Line ____

_____     ☐ Not listed. Explain _____     __ __ __ __

American Green Technology, Inc.    18-34728

| Debtor | | Case number (if known) |
|--------|---|------------------------|
| Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**   5a.   $ 154,702.33

5b.  **Total claims from Part 2**   5b.  **+** $ 8,395,970.08

5c.  **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.   5c.   $ 8,550,672.41

**American Green Technology, Inc.**
**Form 206 Schedule E: Creditors Who Have Priority Unsecured Claims**

American Green Technology  
Case #18-34728

Schedule E:  Priority Unsecured Creditors

| 10022018 Acc Payroll by employee: | Payable to Employee: | Acc wages/tax | | Subject to Setoff? | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|
| unpaid wages & vacation | Bogar, Daniel T.   1223 Gruene Vintage   New Braunfels, TX 78130 | $ 12,850.00 | | No | | | |
| unpaid vacation | Burnett, Lance     P.O. Box 602  Jonestown, MS  38639 | $ 819.61 | | No | | | |
| unpaid wages & vacation | Giorgio, Tom  50578 Pine Row Ct.  Granger, In  46530 | $ 3,340.12 | | No | | | |
| unpaid wages & vacation | Jimenez, Meredith 916 Trinity Ave   St. Louis, Mo  63130 | $ 2,971.63 | | No | | | |
| unpaid wages & vacation | Lee, Linda D.   10306 Dianella Ln.  Austin, TX  78759 | $ 12,850.00 | | No | | | |
| unpaid wages & vacation | Matera, Frank  2201 Long Praire Road  Suite 307-272  Flower Mound,Tx  75022 | $ 7,304.05 | | No | | | |
| unpaid wages & vacation | Norquist, Gordy  17800 Dorset Dr.  South Bend, In  46635 | $ 12,850.00 | | No | | | |
| unpaid wages & vacation | Seurynck, Larry  55945 Inn-D-Inn Dr   Dowagiac, Mi 49047 | $ 683.07 | | No | | | |
| unpaid wages & vacation | Skorge, Chris  2005 Rue Pinckney  Mandeville, LA  70448 | $ 8,855.65 | | No | | | |
| unpaid vacation | Steenbeke, Amy J.   207 W. 6th St.  Mishawaka, In  46544 | $ 151.88 | | No | | | |
| unpaid wages & vacation | Verteramo, Jean D.  50783 Galaxy Dr  Granger, In  46530 | $ 12,850.00 | | No | | | |
| unpaid wages & vacation | Webster, J.W.  1527 Camelia Dr.  Clarksdale, MS  38614 | $ 7,862.32 | | No | | | |
| unpaid wages & vacation | Weiser, Charles M.  5718 Darnell St.  Houston, Tx  77096 | $ 12,850.00 | | No | | | |
| **Total Acc Payroll** | | **$ 96,238.33** | | | | | |

Description

| 401k AGT Matching for EMPLOYEE: | Payable to: | Amount | |
|---|---|---|---|
| Bogar, Daniel T. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 1,500.00 | No |
| Burnett, Lance | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 420.49 | No |
| Lee, Linda D. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 3,761.55 | No |
| Steenbeke, Amy J. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 905.67 | No |
| Verteramo, Jean D. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 1,292.17 | No |
| Webster, J.W. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 678.44 | No |
| Weiser, Charles M. | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 2,307.70 | No |
| Simmons, D'angelo | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 139.13 | No |
| Buckner, Louis | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 334.61 | No |
| McCracken, James | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | $ 369.24 | No |
| **Total 401k Accrued Employer Matching** | Indiana Trust & Investment Management Co. 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | **$ 11,709.00** | |

| Delinquent Taxes: | | | |
|---|---|---|---|
| 2017-18 State Sales Tax: | Pay online to multiple states per balance sheet | $6,480.00 | No |
| 2017 Delaware Franchise Tax: | NRAI Services, LLC P.O. Box 4349 Carol Stream, IL  60197-4349 | $10,850.00 | No |
| 2016 Mississippi Franchise Tax | Mississippi Department of Revenue  P.O. Box 23192  Jackson, MS  39225-3192 | $16,000.00 | No |
| **subtotal Delinquent Sales & franchise tax Priority Unsecured** | | **$33,330.00** | |

| Delinquent current year tax estimates due: | | | | | | Unliquidated | |
|---|---|---|---|---|---|---|---|
| 2018 Delaware Franchise Estimate | NRAI Services, LLC P.O. Box 4349 Carol Stream, IL  60197-4349 | $5,425.00 | | No | | Yes | |
| 2017 Mississippi Franchise  Estimate | Mississippi Department of Revenue  P.O. Box 23192  Jackson, MS  39225-3192 | $8,000.00 | | No | | Yes | |
| **subtotal current franchise taxes Priority Unsecured** | | **$13,425.00** | | | | | |

| | | | |
|---|---|---|---|
| **Total Priority Unsecured Creditors** | | **$154,702.33** | |

**American Green Technology, Inc.**
**Form 206 Schedule F: Creditors Who Have Non-Priority Unsecured Claims**

| Name | Addresss | Basis of Claim | Amount | Subject to setoff | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|
| A.L.P. | A.L.P. P.O. Box 95023 Palatine, IL 60095-0023 | Vendor | $2,147.40 | | | | |
| A-1 Fire Protection LLC | 9450 Stewart Road Olive Branch, MS 38654 | Vendor | $107.00 | | | | |
| ABCO Dealers IN | 407 New Sanford Rd  LaVergne, TN 37086 | Vendor | $2,000.00 | | | | |
| Accrued Liability- not specific customers | | Vendor | $200,204.00 | | | | Yes |
| Accurate Metal Fabricating | P.O. Box 1156 Bedford Park, IL 60499-1156 | Vendor | $74,970.51 | | | | |
| Aerobiology Laboratory | 43760 Trade Center Place Suite 100 Sterling, VA 20166 | Vendor | $24,882.19 | | | | |
| Air Filters Inc | 8282 Warren Road Houston , TX 77040 | Vendor | $526.80 | | | | |
| Airguide Manufacturing Mississippi LLC | 795 West 20th Street Hialeah, FL 33010 | Vendor | $291,343.13 | | | | |
| Almeco USA, Inc. | 1610 Spectrum Drive Lawrenceville, GA 30043 | Vendor | $44,533.21 | | | | |
| AMA of Birmingham, LLC | 402 Office Park Drive, Suite G50 Mountain Brook, AL 35223 | Vendor | $7,536.74 | | | | |
| American Express CW | P.O. Box 360001 Ft. Lauderdale, FL 33336-0001 | Vendor | $38,910.00 | | | | |
| Arizona Lighting Sales | Arizona Lighting Sales 2001 W. Alameda Dr #101 Tempe, AZ 85282 | Vendor | $559.50 | | | | |
| ATS Test & Balance | ATS Test & Balance 2856 Cela Rd. Memphis, TN 38128 | Vendor | $2,950.00 | | | | |
| B&W Electro | B&W Electro 3686 S. Mendenhall Memphis, TN 38115 | Vendor | $770.21 | | | | |
| Bencor | Bencor 4629 Hwy 290 West Brenham, TX 77833 | Vendor | $4,437.00 | | | | |
| Bioscience International | Bioscience International 11333 Woodglen Dr. Rockville, MD 20852 | Vendor | $1,549.10 | | | | |
| Bogar, Daniel T. | 1223 Gruene Vintage New Braunfels, TX 78130 | Wage | $109,693.57 | | | | |
| Border States Electric | Border States Electric P.O. Box 2767 Fargo, ND 58108-2767 | Vendor | $525.00 | | | | |
| Brent Ward | Brent Ward  29621 Hennepin St.  Garden City, MI  48135 | Vendor | $100.00 | | | | |
| Broadview | Broadview 11150 James Street Zeeland, MI 49464 | Vendor | $850.00 | | | | |
| C.H. Robinson | C.H. Robinson P.O. Box 9121 Minneapolis, MN 55480-9121 | Vendor | $8,433.19 | | | | |
| California Infection Solutions | P.O. Box 165 Fullerton, CA  92835 | Vendor | $332,171.00 | | | | |
| CED Corporate | 4775 Centennial Blvd. Suite 180 Colorado Springs, CO  80919 | Vendor | $284,755.00 | | | | |
| CK Lighting | CK Lighting 1101 Chatham Parkway Suite B-6 Garden City, GA  31408 | Vendor | $430.87 | | | | |
| Clarence Dailey Electric | Clarence Dailey Electric P.O. Box 514 Wichita Falls, TX  76307 | Vendor | $1,485.00 | | | | |
| CME-Vend | CME P.O. Box 6887 Warrick, RI 02887 | Vendor | $900.00 | | | | |
| Competitive Edge Services | LLC 119 Stonewall Dr. Hendersonville, TN 37075 | Vendor | $108,780.00 | | | | |
| Crowe Horwath LLP | Crowe LLP P.O. Box 71570 Chicago, IL  60694-1570 | Vendor | $4,500.00 | | | | |
| Datuk Gan / LCR Marketing | gancwah@gmail.com | Loan | $26,384.00 | | | | |
| David Weisfeld | P.O. Box 532372 Kihei, Hawaii 96753 | Loan | $35,991.78 | | | | |
| Davis/chamber & Company LTD | 50 Briar Hollow Suite 490E  Houston, TX  77027 | Vendor | $3,000.00 | | | | |
| Dawkins Office Supply | P.O. Box 686 Greenville, MS  38701 | Vendor | $116.62 | | | | |
| DBR Logistics | P.O. Box 240 Cleveland, MS  38732 | Vendor | $2,100.00 | | | | |
| Deco Lighting | 2917 Vail Avenue Commerce, CA  90040 | Vendo | $26,795.00 | | | | |
| Delaware, State of | State of Delaware, Division of Corporations P.O. Box 5509 Binghamton, NY 13902-5509 | Tax | $29,400.12 | | | | Yes |
| Delta Vending Services | P.O. Box 9069 Greenwood, MS  38935-9069 | Vendor | $170.80 | | | | |
| Dhane  Burton | P.O. Box 515 Lyon, MS  38645 | Vendor | $450.00 | | | | |
| Diffuser Specialists -Houston | 303 Lombrano Street  Suite S  San Antonio, TX  78207 | Vendor | $760.76 | | | | |
| Digi-Key Corporation | 701 Brooks Ave S Thief River Falls MN 56701 | Vendor | $1,091.40 | | | | |
| Dilco Industrial, Inc | 205 E. Bristol Lane Orange, CA  92865 | Vendor | $1,375.00 | | | | |
| Doug Marty Airguide Properties, LLC | 795 West 20th St. Hialeah, FL  33010 | Loan | $249,972.62 | | | | |
| Dr. Cheong Mun Khan, | Esadsa house Sdn. Bhd. Lot 51, 7th Floor, The boulevard Mid Valley City Lingkaran Syed putra,  59200 Kuala, Lumpur, Malaysia | Loan | $124,986.30 | | | | |
| Dynalectric | P.O. Box 1287 Fort Wayne, IN  46801 | Vendor | $850.00 | | | | |
| Eaglerise E&E, Inc | 13405 Benson Ave. Chino, CA 91710 | Vendor | $36,635.48 | | | | |
| Eco Insight Inc. | 9035 Old Southwick Pass Alpharetta, GA  30022 | Vendor | $450.00 | | | | |
| Elevation Advertising | 9 W Main St. Richmond, VA  23220 | Vendor | $5,000.00 | | | | |
| EMSL Analytical, Inc | 8700 Jameel Road Suite 190 Houston, TX  77040 | Vendor | $8,934.30 | | | | |
| Engineered Lighting Sales | 2211 Meadow Drive Louisville, KY  400218 | Vendor | $714.73 | | | | |
| Eric L. Self | 1305 Regal Shores Ct. Kingwood, TX  77345 | Loan | $11,997.26 | | | | |
| Ewing & Jones Attorneys at Law | 6363 Woodway Suite 1000 Houston, TX  77057 | Vendor | $29,486.55 | | | | |
| Fanlight: Global Electric & Industrial Pr | 2000 S. Grove Ave Bldg B Ontario, CA  91761 | Vendor | $138,803.30 | | | | |
| Fastenal Company | P.O. Box 1286 Winona, MN  55987 | Vendor | $1,865.19 | | | | |
| FedEx (5268) | P O Box 94515 Palatine, IL  60094-4515 | Vendor | $322.07 | | | | |
| FedEx Freight (2115) | Dept CH P.O. Box 10306 Palatine, IL  60055-0306 | Vendo | $21,400.57 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Frank Tokarz | 7851 Garden Ln Justice, Illinois  60458 | Loan | $34,805.00 | | | |
| Frank Tokarz & Ms. Joan Knable | 7851 Garden Ln. Justice, Illinois 60458 | Loan | $35,991.78 | | | |
| Fulham | 12705 S. Van Ness Ave Hawthorne, CA  90250 | Vendor | $2,253.00 | | | |
| Grainger | 6655 Crescent Drive Norcross, GA  30071-2934 | Vendor | $1,540.25 | | | |
| Hapco | 26252 Hillman Highway Abingdon, VA  24210 | Vendor | $19,828.00 | | | |
| Hardy Diagnostics | P.O. Box 645264 Cinncinnati, OH  45264-5264 | Vendor | $1,239.14 | | | |
| HEG Interests LLC | 1007 N. Orange St. Ste 1450 Wilmington, De 19801 | Loan | $209,952.05 | | | |
| Hinckley Springs | P.O. Box 660579 Dallas, TX  75266-0579 | Vendor | $112.39 | | | |
| IAC Supply | 1601 South St. Grenada, MS  38901 | Vendor | $3,052.49 | | | |
| Indiana Trust & Investment Management Co. | 4045 Edison Lakes Parkway Suite 100 Mishawaka, IN  46545 | Vendor | $1,880.53 | | | |
| Indiana, State of | St. Joseph County Tresurer P.O. Box 4758 South Bend, IN 46634-4758 | Taxes | $13,893.16 | | | Yes |
| Intertek | P.O. Box 405176 Atlanta, GA  30384-5176 | Vendor | $1,750.00 | | | |
| Jack Duffy & Assoc Inc | 1894 Georgetown Road Suite 100 Hudson, OH  44236 | Vendor | $2,545.55 | | | |
| JBG Interests | 1007 N. Orange St. Suite 1450 Wilmington, De 19801 | Loan | $209,952.05 | | | |
| John C. Harreld | P.O. Box 413 Canton, MS  39046 | Loan | $119,972.60 | | | |
| L.M. Ayers LC | 1803 Stratton Circle Walnut Creek, CA  94598 | Vendor | $1,924.50 | | | |
| Lai Family Investments, Inc., Rocky Lai | 2406 Del Monte Dr. Houston, TX 77019 | Loan | $149,965.75 | | | |
| Lee, Linda D. | 10306 Dianella Ln.  Austin, TX 78759 | Wage | $117,523.52 | | | |
| Leesman Lighting | 130 W Ross Ave Cincinnati, OH  45217-1017 | Vendor | $1,854.51 | | | |
| Lehman Investments, LP Nolan Lehmann, General Partner | 16303 Sterling Gate Ct. Spring, Tx 77379 | Loan | $23,994.52 | | | |
| Light Source of Indiana | 8719 Castle Park Dr Indianapolis, IN  46256 | Vendor | $1,158.05 | | | |
| Light Sources Inc. | 37 Robinson Blvd. Orange, CT  06477 | Vendor | $2,894.50 | | | |
| Lighting Systems of Columbus | 8877 Whitney Dr Lewis Center, OH  43035 | Vendor | $2,076.62 | | | |
| Lights Fantastic Pro | 4205 Pinemont Dr Houston, TX  77018 | Vendor | $7,239.00 | | | |
| LightSource Unlimited Inc. | 980 Corporate Woods Parkway Vernon Hills, IL  60061 | Vendor | $1,779.18 | | | |
| Lunera Lighting INC | 1615 Wyatt Drive Santa Clara, CA  95054 | Vendor | $453.25 | | | |
| Magic City Group | 133 Oxmoor Center Suite 229 Birmingham, AL  35209 | Vendor | $726.00 | | | |
| Malcolm Mimms & Assoc. | 1900 Warner St Nashville, TN  37203 | Vendor | $2,086.37 | | | |
| Malmstrom White Co | 11617 Kanis Rd Little Rock, AR  72211 | Vendor | $1,902.90 | | | |
| Matthews, Lawson, McCutcheon & Joseph PLL | 2000 Bering Drive Suite 700 Houston, TX  77057 | Vendor | $56,379.20 | | | |
| Mayer Electric Supply | P.O. Box 73812  Newnan, GA  30271 | Vendor | $851.07 | | | |
| McClaren Advance LLP, Robert S. McClaren | 1401 McKinney St. Suite 2222 Houston, Tx  77010 | Loan | $249,972.62 | | | |
| MDA Lites | 12240 Arbor Trail Palos Heights, IL  60463 | Vendor | $1,435.00 | | | |
| Michael's Machine Shop, INC. | 170 Goff Rd. Clarksdale, MS 38614 | Vendor | $170.00 | | | |
| Michiana Recycling | P.O. Box 1148 Niles, MI  49120 | Vendor | $425.95 | | | |
| Microchem/Antimicrobial Test Laboratories | 1304 West Industrial Blvd. Round Rock, TX  78681-2951 | Vendor | $5,100.00 | | | |
| Mike Colye | 6501 Red Hook Plaza Suite 201 St. Thomas, VI 00802 | Loan | $71,983.56 | | | |
| Mississippi, State of | Mississippi Department of Revenue, P.O. Box 23075 Jackson, MS 39225-3075 | Taxes | $58,726.43 | | | Yes |
| MLOA | P.O. Box 733463 Dallas, TX  75373-3463 | Vendor | $501.46 | | | |
| Murphey Beverage | P.O. Box 1792 Clarksdale, MS 38614 | Vendor | $218.29 | | | |
| Norquist, Gordy | 17800 Dorset Dr.  South Bend, In  46635 | Wage | $34,360.01 | | | |
| O. H. Hendricks Fabricators | 1431 Heistan Pl Memphis, TN  38104 | Vendor | $22,720.63 | | | |
| Olympic Logistics Services | 9375 E Shea Blvd. Suite 100 Scottsdale, AZ 85260 | Vendor | $560.00 | | | |
| Oscar W. Larson Co. - Grand Rapids | 10100 Dixie Highway  Clarkston, MI 48348 | Vendor | $2,025.00 | | | |
| Penn Lighting Associates | 239 S 24th St Philadelphia, PA  19103 | Vendor | $2,025.42 | | | |
| PennWell | 21428 Network Place Chicago, IL  60673 | Vendor | $22,050.00 | | | |
| Peterson DMI | 15804 Allenwood Dr. Austin, Tx  78734-1405 | Loan | $239,945.20 | | | |
| Phelps Security Systems, Inc | 869 South State Street Clarksdale, MS  38614 | Vendor | $455.82 | | | |
| PointOne Recruiting Solutions, Inc. | 8411 Corporate Drive Suite 100 Racine, WI  53406 | Vendor | $13,725.00 | | | |
| Premier Lighting - Columbia | 9 Sunbelt Court Columbia, SC  29203 | Vendor | $529.70 | | | |
| PREMIER LIGHTING OF CHARLESTON, SC | 1852 H Wallace School Road Charleston, SC 29407 | Vendor | $1,787.75 | | | |
| Prof. John Kennedy | 55887 Forest Beach Rd. Dowagiac, Mi  49047 | Loan | $17,995.89 | | | |
| Putterman, Scharck & Associates | 10855 Tanner Road Houston, TX  77041-7103 | Vendor | $2,967.45 | | | |
| Qala Soluções e Negocios Ltda | Rua Visconde de Ouro Preto 5 – 11 andar Rio de Janeiro, CEP 22.250-180 | Vendor | $28,800.00 | | | |

| | | | | |
|---|---|---|---|---|
| Racine Metal-Fab | 1520 Grandview Pkwy Sturtevant, WI  53177 | Vendor | $5,347.79 | |
| Radiant Industrial Solutions | 2121 Brittmoore Road Suite 2300 Houston, TX | Vendor | $2,277.44 | |
| Reflex Lighting Group, Inc. | 7 Tide Street South Boston, MA  02210 | Vendor | $907.00 | |
| Resource Lighting Michigan | 3950 West Eleven Mile Road Berkley, MI  48072 | Vendor | $848.51 | |
| Resource Lighting Ohio | 3950 West Eleven Mile Road Berkley, MI  48072 | Vendor | $9.43 | |
| Rexel / GexPro | P.O. Box 13623 Philadelphia, PA  19101 | Vendor | $94,245.00 | |
| Richards Electric | P.O. Box 29860  Cincinnati, OH  45229 | Vendor | $1,118.00 | |
| Robert Kill Irrevocable Trust | 21639 Ravenna Dr. South Bend, In  46628 | Loan | $29,993.15 | |
| Robert Weed Plywood Corp | P.O. Box 487 Bristol, IN  46507 | Vendor | $4,281.00 | |
| Ron Psimas | 1031 Branson Bluff Greensboro, GA  30642 | Vendor | $2,180.00 | |
| Row 5 Distributors, Inc. | 122 Sinclair Crescent Saskatoon, SK Canada S7V0E4 | Vendor | $15,954.00 | |
| Snowbusters LLC | Hinz Landscaping 2735 Sage Road Buchanan, MI  49107 | Vendor | $360.00 | |
| Soluciones Tecnicas Aplicadas Inc. (SOTAPSA) | Heroes Del 47 Num 104   Col San Diego Churubusco Deleg Coypacan CP, MEX  04120 | Vendor | $142,223.00 | |
| Southern Duplicating MS | 4345 HWY 61 South Clarksdale, MS  38614 | Vendor | $783.10 | |
| Southwest Research institute | PO Drawer 28510 San Antonio, TX  78228 | Vendor | $17,125.00 | |
| Sports Image Apparel | 58800 Executive Drive Mishawaka, IN  46544 | Vendor | $251.45 | |
| Temperature Control | 224 8th Street P.O. Box 4 Clarksdale, MS  38614 | Vendor | $103.07 | |
| Tennessee Lighting Sales | 2730 Larmon Ave Nashville, TN  37204 | Vendor | $1,474.60 | |
| Terminix | P.O. Box 742592 Cincinnati, OH  45274-2592 | Vendor | $898.80 | |
| Thomas E. Benedetto | New Direction's Office 1070 W. Century Dr. Suite 101 Louisville, CO  80027 | Loan | $29,993.15 | |
| Trestle Medical | 2503 Newman Ave. Tustin, CA  92782 | Vendor | $43,004.00 | |
| Trinity Medical Management, LLC | 4621 Jamestown Ave Baton Rouge, LA  70808 | Vendor | $187,500.00 | |
| TSG | 1150 18th Street  NW Suite 1000 Washington, DC  20036 | Vendor | $3,765.87 | |
| UL LLC | 75 Remittance Drive Suite 1524 Chicago, IL  60675-1524 | Vendor | $670.00 | |
| Uline Shipping Supplies | P.O. Box 88741 Chicago, IL  60680-1741 | Vendor | $546.89 | |
| UPS Freight LTL | 28013 Network Place Chicago, IL  60673-1280 | Vendor | $9,232.16 | |
| UPS Package LockBox | 577 Carol Stream, IL  60132-0577 | Vendor | $290.21 | |
| Ushio America, Inc. | 5440 Cerritos Ave. Cypress, CA  90630 | Vendor | $169,093.26 | |
| Ushio America-LOC | 5440 Cerritos Ave. Cypress, CA  90630 | Loan | $3,293,775.00 | |
| UV Doctor | 209 South Washington Ave. Newport, WV 99156 | Vendor | $3,861.34 | |
| Verteramo, Jean D. | 50783 Galaxy Dr. Granger, In  46530 | Wage | $4,394.25 | |
| Verteramo, Jean D. | 50783 Galaxy Dr.  Granger, In  46530 | Wage | $15,978.97 | |
| Vital Vio, Inc. | 185 Jordan Road Troy, NY  12180 | Vendor | $7,800.00 | |
| Waggoner | 52129 St. Rt. 933 South Bend, IN  46637 | Vendor | $41,367.79 | |
| Weiser Insurance Agency | 8303 SW Freeway Suite 510 HOUSTON, TX  77074 | Vendor | $11,814.26 | |
| Weiser, Charles M. | 5718 Darnell St.  Houston, Tx  77096 | Wage | $101,920.38 | |
| Wells Fargo Equipment Finance | 300 Tri-State International Suite 400 Lincolnshire, IL  60069 | Vendor | $2,393.28 | |
| Werner Electric Supply Co. | P.O. Box 668  2341 Industrial Drive  Neenah, WI  54957 | Vendor | $6,623.22 | |
| West Texas Quality Electrical Lines | 3310 Marble Drive Canyon, TX  79015 | Vendor | $741.00 | |
| Western Florida Lighting | Tampa 2533 Permit Place New Port Richey, FL  34655 | Vendor | $781.50 | |
| WMJ Capital Management | William J. Hickl III, LLC318 Lakeglen Court Sugarland, Tx 77478 | Loan | $11,997.26 | |
| Zuli Integrated Lighting Solutions | P.O. Box 80945 Seattle, WA  98108 | Vendor | $4,072.00 | |

**Fill in this information to identify the case:**

Debtor name __American Green Technology, Inc.__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): __18-34728__   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Equipment: Clark Forklift and Clark Picker | Wells Fargo Equipment Finance, Mfg Services Group |
| | | | 300 Tri-State International  Suite 400 |
| | | | Lincolnshire, IL  60069 |
| | State the term remaining | 36 months  remaining | Loan # 301-02743-19001 |
| | List the contract number of any government contract | | Effective date:  05/16/2016  64 months |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Building Rental: 1360 Industrial Park Dr. Clarksdale, MS  38614 | Airquide Mfg MS, LLC |
| | | | 795 West 20th St. |
| | | | Hialeah, Florida  33010 |
| | State the term remaining | Expires 12/31/2020  27 months | Monthly Rent:  $9,166.66 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Building Rental:  52129 St. Rt. 933 South Bend, IN  46637 | Waggoner Fuel Co., Inc |
| | | | 17800 Dorset Dr. |
| | | | South Bend, In  46635 |
| | State the term remaining | Expires 11/30/2020  26 months | Monthly rent:  $1,500.00 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Kyocera Copier Lease: at Industrial Park Clarksdale Location | Southern Duplicating |
| | | | P.O. Box 1473 |
| | | | Clarksdale, MS  38614 |
| | State the term remaining | Expires 3/21/2019  5 months | Lease #1947   serial#V665X02017 |
| | List the contract number of any government contract | | Monthly Lease  $116.69 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

American Green Technology, Inc.                                    18-34728

Debtor _____          Case number (if known)_____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired lease

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

2._   State what the contract or     _____      _____
      lease is for and the nature     _____      _____
      of the debtor's interest

      State the term remaining       _____      _____

      List the contract number of    _____      _____
      any government contract

**Fill in this information to identify the case:**

Debtor name _____American Green Technology, Inc._____

United States Bankruptcy Court for the: _____Southern_____ District of _Texas_
(State)

Case number (If known): _____18-34728_____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | | _Column 2:_ **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |
| 2.5 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |
| 2.6 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | | |

American Green Technology, Inc.                                    18-34728

Debtor _____        Case number (if known)_____
       Name

---

<span style="background:black">    </span> **Additional Page if Debtor Has More Codebtors**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                       *Column 2:* Creditor

**Name**          **Mailing address**                      **Name**            *Check all schedules*
                                                                               *that apply:*

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

2.__  _____                                         _____         ☐ D
                 Street                                                         ☐ E/F
                 _____                                       ☐ G
                 City          State      ZIP Code

**Fill in this information to identify the case:**

Debtor name ___American Green Technology, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (If known): ___18-34728___

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest

### Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | California Infection Solutions P.O. Box 165 Fullerton, CA 92835 | California Infection Solutions | Trade | | | | $332,171.00 |
| 2 | Airguide Manufacturing Mississippi LLC 795 West 20th Street Hialeah, FL 33010 | Airguide Manufacturing Mississippi LLC | Trade | | | | $291,343.13 |
| 3 | CED Corporate 4775 Centennial Blvd. Suite 180 Colorado Springs, CO 80919 | CED Corporate | Trade | | | | $284,755.00 |
| 4 | Doug Marty Airguide Properties, LLC 795 West 20th St. Hialeah, FL 33010 | Doug Marty Airguide Properties, LLC cell 305-793-6240 | Loan | | | | $249,972.62 |
| 5 | McClaren Advance LLP Robert S. McClaren, President 1401 McKinney St. Suite 2222 Houston, TX 77010 | McClaren Advance LLP Robert S. McClaren, President w 713-650-9090 cell 713-553-1206 | Loan | | | | $249,972.62 |
| 6 | Peterson DMI 15804 Allenwood Dr. Austin, Tx 78734-1405 | Peterson DMI cell 815-545-1711 | Loan | | | | $239,945.20 |
| 7 | HEG Interests LLC 1007 N. Orange St. Ste 1450 Wilmington, De 19801 | Anthony Badenhorst 800-900-4675 abadenhorst@salientpartners.com | Loan | | | | $209,952.05 |
| 8 | JBG Interests 1007 N. Orange St. Ste 1450 Wilmington, De 19801 | Anthony Badenhorst 800-900-4675 abadenhorst@salientpartners.com | Loan | | | | $209,952.05 |
| 9 | Trinity Medical Management, LLC 4621 Jamestown Ave Baton Rouge, LA 70808 | Trinity Medical Management, LLC | Trade | | | | $187,500.00 |

Debtor _____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | Lai Family Investments, Inc. Rocky Lai 2406 Del Monte Dr. Houston, TX 77019 | Lai Family Investments, Inc. Rocky Lai cell 713-582-4648 | Loan | | | | $149,965.75 |
| 11 | Soluciones Tecnicas Aplicadas Inc. (SOTAPSA) Heroes Del 47 Num 104   Col San Diego Churubusco Deleg Coyoacan CP, MEX 04120 | Soluciones Tecnicas Aplicadas Inc. (SOTAPSA) gonzalez.manuel400@gmail.com | Trade | | | | $142,223.00 |
| 12 | Fanlight: Global Electric & Industrial Pr 2000 S. Grove Ave Bldg B Ontario, CA 91761 | Fanlight: Global Electric & Industrial Pr | Trade | | | | $138,803.30 |
| 13 | Dr. Cheong Cheong Mun Khan Esadsa house Sdn. Bhd. Lot 51, 7th Floor, The boulevard Mid Valley City Lingkaran Syed putra,  59200 Kuala Lumpur, Malaysia | Dr. Cheong victormkcheong@gmail.com +60122547964 | Loan | | | | $124,986.30 |
| 14 | John C. Harreld P.O. Box 413 Canton, MS  39046 | John C. Harreld cell 601-906-1150 jhmal@yahoo.com | Loan | | | | $119,972.60 |
| 15 | Lee, Linda D. 10306 Dianella Ln. Austin, TX 78759 | Lee, Linda D | Wages | | | | $117,523.52 |
| 16 | Bogar, Daniel T. 1223 Gruene Vintage New Braunfels, TX 78130 | Bogar, Daniel T. | Wages | | | | $109,693.57 |
| 17 | Competitive Edge Services, LLC 119 Stonewall Dr. Hendersonville, TN 37075 | Competitive Edge Services, LLC mike@haiproductsolutions.com | Trade | | | | $108,780.00 |
| 18 | Weiser, Charles M. 5718 Darnell St. Houston, Tx 77096 | Weiser, Charles M. | Wages | | | | $101,920.38 |
| 19 | Rexel / Gexpro P.O. Box 13623 Philadelphia, PA  19101 | Rexel / Gexpro | Trade | | | | $94,245.00 |
| 20 | Accurate Metal Fabricating P.O. Box 1156 Bedford Park, IL 60499-1156 | Accurate Metal Fabricating | Trade | | | | $74,970.51 |

Fill in this information to identify the case and this filing:

Debtor Name _American Green Technology, Inc._

United States Bankruptcy Court for the: _Southern_ District of _Texas_
(State)

Case number (If known) ___18-34728___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/08/2019__              X _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                            Danny Bogar
                                            Printed name

                                            President & CEO
                                            Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors